**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: TAX PARCEL 27-309-216     : No. 721 MAL 2014
:
SCOTT AND SANDRA RAAP          :
: Petition for Allowance of Appeal from the
        Petitioner            : Order of the Commonwealth Court
:
         v.               :
:
:
STEPHEN AND KATHY WALTZ,    :
:
       Respondent         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.